Daniel J. Cohen, Esq.
NEWMAN & SIMPSON, LLP
The Armour Building
32 Mercer Street
Hackensack, New Jersey 07601-5608
Telephone: (201) 487-0200
Facsimile: (201) 487-8570
Email: dcohen@newmansimpson.com

*Attorneys for Plaintiffs Procida Funding Limited Liability Company and 100 Mile Fund, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROCIDA FUNDING LIMITED LIABILITY COMPANY, a New Jersey limited liability company and 100 MILE FUND, LLC, a Delaware limited liability company<br><br>Plaintiffs,<br><br>vs.<br><br>FORESIGHT FINANCIAL and KYLE J. FUNSCH<br><br>Defendants. | Civil Action No. 2:18-cv-10201-SDW-SCM |

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Upon the consideration of the foregoing Stipulation of Settlement Agreement and Mutual Release, the above-captioned action is hereby dismissed with prejudice and without costs against either party.

SO ORDERED

Nov. 19 2018

By: _____
HONORABLE JOHN VAZQUEZ, U.S.D.J.